ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-5181
    Email: Gavin.Greene@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV11-00901 ODW (AGRx) |
|     Plaintiff, | Judgment for Permanent Injunction Against Guillermo B. Garcia |
| vs. | |
| Guillermo B. Garcia, | |
|     Defendant. | |

    Pursuant to the Stipulation for Entry of Judgment for Permanent Injunction Against Guillermo B. Garcia and all matters properly made part of the record:

    **IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402 and 7407, Guillermo B. Garcia is PERMANENTLY ENJOINED from individually or through any entity, either directly or indirectly:

    1.    Assisting in the preparation of federal tax returns that the he knows will result in the understatement of any tax liability or the overstatement of federal tax refunds;

    2.    Preparing federal income tax returns, amended returns, and other related documents and forms for others;

3. Engaging in any activity subject to penalty under 26 U.S.C. § 6694, 6695, 6700, or 6701; and

4. Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws and from promoting any false tax scheme.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor the compliance of Guillermo B. Garcia with this injunction.

**IT IS FURTHER ORDERED** that Guillermo B. Garcia has waived any and all right to appeal from this judgment.

**IT IS FURTHER ORDERED** that if Guillermo B. Garcia violates this Judgment for Permanent Injunction, he may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED**.

DATED: January 31, 2011  _____

United States District Judge

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2